UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) CRIMINAL DOCKET NO. 2:12-cr-14-DBH-001 |
| | ) |
| DEREK HINDLE, | ) |

**ORDER APPOINTING COUNSEL PURSUANT TO 18 U.S.C. § 3582(c)(2)**

Pursuant to 18 U.S.C. § 3582(c)(2), this Court may initiate sentence modification proceedings when it determines that the sentencing range used to determine a defendant's term of imprisonment has been subsequently lowered via a retroactive amendment to the Guidelines. See USSG § 1B1.10. Having conducted an initial review of the available record, the Court has determined that the Defendant may be entitled to a reduction in sentence pursuant to USSG § 1B1.10, effective November 1, 2014. Therefore, the Court hereby APPOINTS David R. Beneman, to assist the Defendant in connection with all proceedings related to this Motion for Sentence Reduction.

Counsel and the Defendant are hereby notified that the Court will be issuing a scheduling order that seeks to have any sentence modification completed without unnecessary delay.

SO ORDERED.

/s/ D. Brock Hornby
U.S. District Judge

Dated this 24th day of November, 2014.